-1-
# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 5:17-CR-13 |
| | § | JUDGES SCHROEDER/CRAVEN |
| JAY EARL ANDERSON | § | |

### ELEMENTS OF THE OFFENSE

You are charged in **Count 2** of the indictment with violation of 18 U.S.C. § 2251(a) & (e) [Sexual Exploitation of Children – Producing Child Pornography]. The essential elements which must be proven to establish a violation of this offense are as follows:

### COUNT 2
### 18 U.S.C. § 2251(a)

*First*:   The defendant employed, used, persuaded, induced, enticed, or coerced any person under the age of eighteen years to engage in sexually explicit conduct; and

*Second*:   That the defendant acted with the purpose of producing a visual depiction of such conduct;

*Third*:   a) That the visual depiction(s) was actually transmitted using any means or facility of interstate commerce or mailed; or

b)   the visual depiction(s) was produced or transmitted using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer; or

c)   The defendant knew or had reason to know that the visual depiction(s) (e.g. digital photographs or video) would be transported or transmitted using any means or facility of interstate or foreign commerce, or mailed.

-2-

Respectfully Submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

/s/ *Jonathan D. Ross*

JONATHAN D. ROSS
Assistant United States Attorney
Texas Bar Number 24103467
Arkansas Bar Number 2002158
500 N. Stateline, Suite 402
Texarkana, Texas 75501
(903) 792-8453