# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:17CR13 |
| | § | |
| JAY EARL ANDERSON | § | |

### ORDER ADOPTING
### THE AMENDED REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on August 7, 2017 in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued an Amended Report and Recommendation (document #36). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. She further recommended that the Court finally adjudge Defendant as guilty of Count 2 of the Indictment which charges a violation of 18 U.S.C. § 2251(a) & (e), production of material involving the sexual exploitation of minors. The Court is of the opinion that the Amended Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Amended Report and Recommendation of the United States Magistrate Judge (document # 36 ) is **ADOPTED.** It is further **ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant

**GUILTY** of Count 2 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count 2 of the Indictment.

**So ORDERED and SIGNED this 10th day of August, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE